U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR - 9 2019

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| United States of America | Case No. 3:16 CR 516 |
| Plaintiff, | <u>VERDICTS</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Burt, Hempel, Jacob, Won, Rimlawi, Nicholson, Henry, Shah, & Forrest | |
| Defendants. | |

**We, the jury, duly impaneled and sworn, find as follows:**

## COUNT 1
### Conspiracy to Pay and Receive Health Care Bribes and Kickbacks
(pages 14–19)

Defendant Wilton McPherson Burt

NOT GUILTY          **GUILTY**

(circle one)

Defendant Carli Adele Hempel

NOT GUILTY          GUILTY

(circle one)

Defendant Jackson Jacob

NOT GUILTY          **GUILTY**

(circle one)

Defendant Douglas Sung Won

NOT GUILTY          **GUILTY**

(circle one)

Defendant Michael Bassem Rimlawi

NOT GUILTY          **GUILTY**

(circle one)

Defendant William Daniel Nicholson

**NOT GUILTY**          GUILTY

(circle one)

2

Defendant Shawn Mark Henry

NOT GUILTY          (GUILTY)

(circle one)

Defendant Mrugeshkumar Kumar Shah

NOT GUILTY          (GUILTY)

(circle one)

Defendant Iris Kathleeen Forrest

NOT GUILTY          (GUILTY)

(circle one)

\* \* \*

If you find all Defendants not guilty of Count 1 (Conspiracy), proceed to the next Count. If you find one or more Defendants guilty of Count 1, you must unanimously answer the following:

The object of the conspiracy charged in Count 1 was to commit (check one):

- Illegal Remuneration (Anti-Kickback Statute Violation)    __✓__

- Travel Act Violation by way of Commercial Bribery    _____

- Both Illegal Remuneration and Travel Act Violation    _____

\* \* \*

3

## COUNT 2
### Offering or Paying and Soliciting or Receiving Illegal Remuneration in Violation of the Anti-Kickback Statute and Aiding and Abetting
(pages 20–26)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Date Payment Cleared Bank | Amount of Payment | Beneficiary & Date of Service(s) at FPMC |
|---|---|---|---|---|---|
| 2 | **Jacob** and coconspirator Beauchamp, aiding and abetting one another | **Shah** | On or about 2/27/2012 (check #2100) | $3,000 | FECA beneficiaries, G.A., P.C., J.M. (1/17/2012), and K.J. (1/31/2012) |

Defendant Jackson Jacob

NOT GUILTY          GUILTY

(circle one)

Defendant Mrugeshkumar Kumar Shah

NOT GUILTY          GUILTY

(circle one)

* * *

4

## COUNT 3
### Offering or Paying and Soliciting or Receiving Illegal Remuneration in Violation of the Anti-Kickback Statute and Aiding and Abetting
(pages 20–26)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Date Payment Cleared Bank | Amount of Payment | Beneficiary & Date of Service(s) at FPMC |
|---|---|---|---|---|---|
| 3 | Coconspirator Beauchamp | **Forrest** | On or about 2/21/2012 (check #2080) | $22,500 | FECA beneficiary M.A., 1/24/2012 and 2/3/2012 |

Defendant Iris Kathleen Forrest

NOT GUILTY          GUILTY

(circle one)

* * *

## COUNT 4
### Offering or Paying and Soliciting or Receiving Illegal Remuneration in Violation of the Anti-Kickback Statute and Aiding and Abetting
(pages 20–26)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Date Payment Cleared Bank | Amount of Payment | Beneficiary and Date of Service(s) at FPMC |
|---|---|---|---|---|---|
| 4 | **Jacob** and coconspirator Beauchamp, aiding and abetting one another | **Shah** | On or about 5/4/2012 (check #2202) | $1,000 | FECA beneficiaries, P.M. and N.Y., 3/20/2012 |

Defendant Jackson Jacob

     NOT GUILTY     GUILTY

        (circle one)

Defendant Mrugeshkumar Kumar Shah

     NOT GUILTY     GUILTY

        (circle one)

\* \* \*

6

## COUNT 5
### Offering or Paying and Soliciting or Receiving Illegal Remuneration
### in Violation of the Anti-Kickback Statute and Aiding and Abetting
(pages 20–26)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Date Payment Cleared Bank | Amount of Payment | Beneficiary and Date of Service(s) at FPMC |
|---|---|---|---|---|---|
| 5 | Burt, Jacob, and coconspirators Beauchamp, Toussaint, and Barker, aiding and abetting one another | Rimlawi | On or about 1/30/2012 (check #2014) | $175,000 | FECA beneficiary D.H., between 2/1/2012 and 2/17/2012 |

Defendant Wilton McPherson Burt

NOT GUILTY            (GUILTY)

(circle one)

Defendant Jackson Jacob

(NOT GUILTY)            GUILTY

(circle one)

Defendant Michael Bassem Rimlawi

NOT GUILTY            (GUILTY)

(circle one)

\* \* \*

## COUNT 6
### Offering or Paying and Soliciting or Receiving Illegal Remuneration in Violation of the Anti-Kickback Statute and Aiding and Abetting
(pages 20–26)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Date Payment Cleared Bank | Amount of Payment | Beneficiary and Date of Service(s) at FPMC |
|---|---|---|---|---|---|
| 6 | **Burt, Jacob,** and coconspirators Beauchamp, Toussaint, and Barker, aiding and abetting one another | **Rimlawi** | On or about 3/20/2012 (check #2115) | $175,000 | FECA beneficiary A.A., between 4/2/2012 and 4/12/2012 |

Defendant Wilton McPherson Burt

NOT GUILTY          (GUILTY)


(circle one)

Defendant Jackson Jacob

(NOT GUILTY)          GUILTY


(circle one)

Defendant Michael Bassem Rimlawi

NOT GUILTY          (GUILTY)

(circle one)

\* \* \*

## COUNT 7
### Offering or Paying and Soliciting or Receiving Illegal Remuneration in Violation of the Anti-Kickback Statute and Aiding and Abetting
(pages 20–26)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Date Payment Cleared Bank | Amount of Payment | Beneficiary and Date of Service(s) at FPMC |
|---|---|---|---|---|---|
| 7 | **Jacob** and coconspirator Beauchamp, aiding and abetting one another | **Shah** | On or about 5/31/2012 (check #2248) | $1,000 | FECA beneficiaries T.B., R.S., D.W., N.Y. (4/3/2012), and K.S., (4/17/2012) |

Defendant Jackson Jacob

NOT GUILTY          ⬭GUILTY⬭

(circle one)

Defendant Mrugeshkumar Kumar Shah

NOT GUILTY          ⬭GUILTY⬭

(circle one)

*   *   *

9

## COUNT 8
### Travel Act and Aiding and Abetting (Commercial Bribery)
(pages 27–32)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Alleged Use of Facility in Interstate Commerce | Alleged Acts Performed Thereafter | Check No. |
|---|---|---|---|---|---|
| 8 | **Burt**, and coconspirators Beauchamp, Toussaint, and Barker, aiding and abetting one another | **Henry** | On or about November 29, 2011, **Burt**, and coconspirators Beauchamp, Toussaint, and Barker caused a $35,000 check from FPMC to be deposited into a bank account controlled by the Neal Richards Group. | On or about December 8, 2011, a $30,000 check from the Neal Richards Group for **Henry**'s benefit cleared a bank account. | 5095 |

Defendant Wilton McPherson Burt

NOT GUILTY                    GUILTY

(circle one)

Defendant Shawn Mark Henry

NOT GUILTY                    GUILTY

(circle one)

\*   \*   \*

10

## COUNT 9
### Travel Act and Aiding and Abetting (Commercial Bribery)
#### (pages 27–32)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Alleged Use of Facility in Interstate Commerce | Alleged Acts Performed Thereafter | Check No. |
|---|---|---|---|---|---|
| 9 | **Burt, Jacob,** and coconspirators Beauchamp, Toussaint, and Barker, aiding and abetting one another | Kim | On or about November 14, 2011, Beauchamp sent an email to **Jacob** with dollar amounts to pay various bribe and kickback recipients, including $125,000 to a company that acted for Kim's benefit. | On or about December 5, 2011, a check for $125,000 for Kim's benefit cleared a bank account. | 1928 |

Defendant Wilton McPherson Burt

NOT GUILTY          GUILTY

(circle one)

Defendant Jackson Jacob

NOT GUILTY          GUILTY

(circle one)

\* \* \*

11

## COUNT 11
### Travel Act and Aiding and Abetting (Commercial Bribery)
(pages 27–32)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Alleged Use of Facility in Interstate Commerce | Alleged Acts Performed Thereafter | Check No. |
|---|---|---|---|---|---|
| 11 | Burt, Jacob, and coconspirators Beauchamp, Toussaint, and Barker, aiding and abetting one another | Won | On or about June 13, 2012, Beauchamp sent an email to **Jacob** with dollar amounts to pay various bribe and kickback recipients, including $112,500 to a company that acted for **Won**'s benefit. | On or about June 22, 2012, two checks totaling $112,500 for **Won**'s benefit cleared a bank account. | 1014; 2307 |

Defendant Wilton McPherson Burt

NOT GUILTY          GUILTY

(circle one)

Defendant Jackson Jacob

NOT GUILTY          GUILTY

(circle one)

Defendant Douglas Sung Won

NOT GUILTY          GUILTY

(circle one)

* * *

## COUNT 12
### Travel Act and Aiding and Abetting (Commercial Bribery)
(pages 27–32)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Alleged Use of Facility in Interstate Commerce | Alleged Acts Performed Thereafter | Check No. |
|---|---|---|---|---|---|
| 12 | **Jacob** and coconspirator Beauchamp, aiding and abetting one another | Gonzales | On or about June 13, 2012, Beauchamp sent an email to **Jacob** with dollar amounts to pay various bribe and kickback recipients, including $10,000 to a company that acted for Gonzales's benefit. | On or about June 25, 2012, a check for $10,000 for Gonzales's benefit cleared a bank account. | 2314 |

Defendant Jackson Jacob

NOT GUILTY                    GUILTY

(circle one)

\* \* \*

13

## COUNT 13
### Travel Act and Aiding and Abetting (Commercial Bribery)
(pages 27–32)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Alleged Use of Facility in Interstate Commerce | Alleged Acts Performed Thereafter | Check No. |
|---|---|---|---|---|---|
| 13 | **Burt, Jacob,** and coconspirators Beauchamp, Toussaint, and Barker, aiding and abetting one another | **Nicholson** | On or about July 13, 2012, Beauchamp sent an email to **Jacob** with dollar amounts to pay various bribe and kickback recipients, including $100,000 to a company that acted for **Nicholson**'s benefit. | On or about July 24, 2012, a check for $100,000 for **Nicholson**'s benefit cleared a bank account. | 2330 |

Defendant Wilton McPherson Burt



NOT GUILTY          GUILTY

(circle one)

Defendant Jackson Jacob



NOT GUILTY          GUILTY

(circle one)

Defendant William Daniel Nicholson



NOT GUILTY          GUILTY

(circle one)

\* \* \*

14

## COUNT 15
### Travel Act and Aiding and Abetting (Commercial Bribery)
(pages 27–32)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Alleged Use of Facility in Interstate Commerce | Alleged Acts Performed Thereafter | Check No. |
|---|---|---|---|---|---|
| 15 | **Burt, Jacob,** and coconspirators Beauchamp, Toussaint, and Barker, aiding and abetting one another | **Rimlawi** | On or about September 14, 2012, **Burt, Jacob,** and coconspirators Beauchamp, Toussaint, and Barker, caused a $655,567 check from FPMC to be deposited into Adelaide's bank account. | On or about September 17, 2012, a check for $175,000 for **Rimlawi's** benefit cleared a bank account. | 2443 |

Defendant Wilton McPherson Burt

NOT GUILTY        (GUILTY)

(circle one)

Defendant Jackson Jacob

(NOT GUILTY)        GUILTY

(circle one)

Defendant Michael Bassem Rimlawi

(NOT GUILTY)        GUILTY

(circle one)

\* \* \*

15

## COUNT 16
### Travel Act and Aiding and Abetting (Commercial Bribery)
(pages 27–32)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Alleged Use of Facility in Interstate Commerce | Alleged Acts Performed Thereafter | Check No. |
|---|---|---|---|---|---|
| 16 | **Burt, Jacob**, and coconspirators Beauchamp, Toussaint, and Barker, aiding and abetting one another | **Nicholson** | On or about September 14, 2012, **Burt, Jacob**, and coconspirators Beauchamp, Toussaint, and Barker caused a $655,567 check from FPMC to be deposited into Adelaide's bank account. | On or about September 26, 2012, two checks totaling $75,000 for **Nicholson**'s benefit cleared a bank account. | 1034; 2433 |

Defendant Wilton McPherson Burt

NOT GUILTY          (GUILTY)

(circle one)

Defendant Jackson Jacob

(NOT GUILTY)          GUILTY

(circle one)

Defendant William Daniel Nicholson

(NOT GUILTY)          GUILTY

(circle one)

\* \* \*

16

## COUNT 17
### Travel Act and Aiding and Abetting (Commercial Bribery)
(pages 27–32)

| Count | Alleged Bribe or Kickback Payors | Alleged Bribe or Kickback Recipient | Alleged Use of Facility in Interstate Commerce | Alleged Acts Performed Thereafter | Check No. |
|---|---|---|---|---|---|
| 17 | **Burt, Jacob,** and coconspirators Beauchamp, Toussaint, and Barker , aiding and abetting one another | Kim | On or about September 14, 2012, **Burt, Jacob,** and coconspirators Beauchamp, Toussaint, and Barker caused a $655,567 check from FPMC to be deposited into Adelaide's bank account. | On or about September 28, 2012, two checks totaling $125,000 for Kim's benefit cleared a bank account. | 1036; 2436 |

Defendant Wilton McPherson Burt

NOT GUILTY                    GUILTY

(circle one)

Defendant Jackson Jacob

NOT GUILTY                    GUILTY

(circle one)

\*   \*   \*

17

**COUNT 18**
**Conspiracy to Commit Laundering of Monetary Instruments**
(pages 33–35)

Defendant Wilton McPherson Burt

NOT GUILTY                 ~~GUILTY~~ (circled)

(circle one)

Defendant Jackson Jacob

~~NOT GUILTY~~ (circled)                 GUILTY

(circle one)

\* \* \*

**COUNT 19**
**Conspiracy to Commit Laundering of Monetary Instruments**
(pages 33–35)

Defendant Wilton McPherson Burt

~~NOT GUILTY~~ (circled)                 GUILTY

(circle one)

Defendant Shawn Mark Henry

NOT GUILTY                 ~~GUILTY~~ (circled)

(circle one)

\* \* \*

**We, the jury, unanimously agree with the above findings as to each count.**

Matoshia Chandler

A Ballot

Brenda McCravey

Jessica Williamson

Amber Mandrell

Foreperson