**EXHIBIT B**

 Outlook

---

## RE: Other quotes

---

**From** Dennis Borne <dennis@medplusllc.com>

**Date** Fri 8/16/2019 12:10 PM

**To**    Mike Shah <mrugshah@hotmail.com>

Thanks Mike.  Sorry I could not help you here.

Sincerely,

**Dennis Borne | MedPLUS LLC | (713) 995-1842 (Phone) | (713) 995-0692 (Fax)**
**9555 W. Sam Houston Parkway   Suite 475  Houston, TX  77099**



*"MedPLUS can also help you with Health, Life, Long-Term Disability, Workers Compensation,*
*Property and General Liability, Flood, Cyber/Data Breach Insurance".*

CONFIDENTIALITY NOTICE: This email from MedPLUS, LLC, including any attachments, contains information which may
be confidential or privileged. The information is intended to be for the use of the individual or entity named
above as recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution
or use of the contents of this information is prohibited. If you have received this email in error, please
notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of
the communication, including attachments.

---

**From:** Mike Shah [mailto:mrugshah@hotmail.com]
**Sent:** Friday, August 16, 2019 10:37 AM
**To:** Dennis Borne <dennis@medplusllc.com>
**Subject:** Re: Other quotes

Thanks Dennis.
I will stick with medpro. will email you what i send them.

Mike Shah, MD
PM&R / Pain Management

---

**From:** Dennis Borne <dennis@medplusllc.com>
**Sent:** Friday, August 16, 2019 10:30 AM
**To:** Mike Shah <mrugshah@hotmail.com>
**Subject:** RE: Other quotes

Mike,

I am out of options.  See below:

I'm going to pass due to underwriting concerns.  My main concern is the write up in the Dallas news
concerning Dr. Shah and a few other physicians regarding "Doctors go on trial to defend payments for bringing
lucrative surgeries to controversial Dallas Hospital'.

Sincerely,

**Dennis Borne** | **MedPLUS LLC** | **(713) 995-1842 (Phone)** | **(713) 995-0692 (Fax)**
**9555 W. Sam Houston Parkway   Suite 475   Houston, TX  77099**



**"MedPLUS can also help you with Health, Life, Long-Term Disability, Workers Compensation, Property and General Liability, Flood, Cyber/Data Breach Insurance".**

CONFIDENTIALITY NOTICE: This email from MedPLUS, LLC, including any attachments, contains information which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above as recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

---

**From:** Dennis Borne
**Sent:** Wednesday, August 14, 2019 4:12 PM
**To:** 'Mike Shah' <mrugshah@hotmail.com>
**Subject:** RE: Other quotes

Mike,

Not having much luck.  Comment from one carrier:

Thank you.  It looks like Dr. Shah was recently found guilty of health care fraud.  His license is currently on suspension  We are not a market for this based on prior legal actions.

Waiting on one other carrier to respond.

Sincerely,

**Dennis Borne** | **MedPLUS LLC** | **(713) 995-1842 (Phone)** | **(713) 995-0692 (Fax)**
**9555 W. Sam Houston Parkway   Suite 475   Houston, TX  77099**



**"MedPLUS can also help you with Health, Life, Long-Term Disability, Workers Compensation, Property and General Liability, Flood, Cyber/Data Breach Insurance".**

CONFIDENTIALITY NOTICE: This email from MedPLUS, LLC, including any attachments, contains information which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above as recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

---

**From:** Mike Shah [mailto:mrugshah@hotmail.com]
**Sent:** Wednesday, August 14, 2019 11:14 AM
**To:** Dennis Borne <dennis@medplusllc.com>
**Subject:** Other quotes

Dennis,
Have we received any other quotes for tail coverage?

Mike Shah, MD
PM&R / Pain Management

---

**From:** Dennis Borne <dennis@medplusllc.com>
**Sent:** Wednesday, July 31, 2019 3:27 PM

**To:** Mike Shah <mrugshah@hotmail.com>
**Subject:** FW: C51597-Mike Shah MD PA and 689065-Dr Shah - Extension Contract Letters

Mike,

Attached is the form you will need to complete for MedPro to reduce your limits for the tail coverage.

Sincerely,



**Dennis Borne | MedPLUS LLC | (713) 995-1842 (Phone) | (713) 995-0692 (Fax)**
**9555 W. Sam Houston Parkway   Suite 475  Houston, TX  77099**



*"MedPLUS can also help you with Health, Life, Long-Term Disability, Workers Compensation,*
*Property and General Liability, Flood, Cyber/Data Breach Insurance".*

```
CONFIDENTIALITY NOTICE: This email from MedPLUS, LLC, including any attachments, contains information which may
be confidential or privileged. The information is intended to be for the use of the individual or entity named
above as recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution
or use of the contents of this information is prohibited. If you have received this email in error, please
notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of
the communication, including attachments.
```

---

**From:** Holbrook, Debra [mailto:Debra.Holbrook@medpro.com]
**Sent:** Wednesday, July 31, 2019 3:15 PM
**To:** Dennis Borne <dennis@medplusllc.com>
**Subject:** RE: C51597-Mike Shah MD PA and 689065-Dr Shah - Extension Contract Letters

Dennis,

Dr. Shah called me today and we discussed the lower limits for his extended reporting endorsement.
I told him the extended reporting endorsement would be $26,799 for $200,000/$600,000 and
$28,370 for $250,000/$750,000 and that we would need a limits decrease form that he could send in
with his payment.  Please use the attached form and have him send it in with the payment.

Thanks,
Deb

**Deb Holbrook, CPCU, RPLU**
Underwriter
**Southwest Physicians & Surgeons Division**
T: 1-260-486-0835
F: 1-972-543-9249
5814 Reed Road
Fort Wayne, IN 46835
E: Debra.Holbrook@medpro.com
w: www.medpro.com

*MedPro Group*
*a Berkshire Hathaway company*

*\*\*CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the*
*sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review,*
*use, disclosure or distribution is prohibited.  If you are not the intended recipient, and have received this*
*communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank*
*you.*

---

**From:** Dennis Borne [mailto:dennis@medplusllc.com]
**Sent:** Tuesday, July 30, 2019 4:29 PM
**To:** Holbrook, Debra <Debra.Holbrook@medpro.com>
**Subject:** RE: C51597-Mike Shah MD PA and 689065-Dr Shah - Extension Contract Letters

**\*\*\* MedPro Cyber Warning \*\*\***
**Someone outside of MedPro Group sent this message. Please be careful when opening attachments or clicking links.**

Hey Deb,

What is Shah's tail over $40k?  Thought it would be in the low 30's.

Sincerely,



**Dennis Borne | MedPLUS LLC | (713) 995-1842 (Phone) | (713) 995-0692 (Fax)**
**9555 W. Sam Houston Parkway   Suite 475  Houston, TX  77099**

![MED+PLUS logo]

*"MedPLUS can also help you with Health, Life, Long-Term Disability, Workers Compensation, Property and General Liability, Flood, Cyber/Data Breach Insurance".*

CONFIDENTIALITY NOTICE: This email from MedPLUS, LLC, including any attachments, contains information which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above as recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

**From:** Holbrook, Debra [mailto:Debra.Holbrook@medpro.com]
**Sent:** Monday, July 22, 2019 10:46 AM
**To:** Dennis Borne <dennis@medplusllc.com>
**Subject:** C51597-Mike Shah MD PA and 689065-Dr Shah - Extension Contract Letters

Dennis,

Per our conversation, I have attached the extension contract offers for Dr. Shah and Mike Shah, MD, PA.  The offers will also be sent via US Mail to Dr. Shah with a copy to your office.

Please note that cessation of practice due to the revocation of license by the Texas Medical Board does not qualify as retirement sufficient to entitle Dr. Shah to a free extension contract under the lapsed policy.

Please let me know if you have any additional questions.

Thanks,
Deb

**Deb Holbrook, CPCU, RPLU**
Underwriter
**Southwest Physicians & Surgeons Division**
T: 1-260-486-0835
F: 1-972-543-9249
5814 Reed Road
Fort Wayne, IN 46835
E: Debra.Holbrook@medpro.com
w: www.medpro.com



*\*\*CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank*

*you.*